RECEIVED
AUG 13 2008
LEONARD GREEN, Clerk

FILED
AUG 13 2008
LEONARD GREEN, Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |
|---|---|
| ALTON T. TERRY, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| v. ) | No. 08-5577 |
| ) | |
| TYSON FARMS, INC., ) | |
| ) | |
| Defendant-Appellee. ) | |

## MOTION OF THE UNITED STATES FOR LEAVE
## TO FILE AMICUS CURIAE BRIEF OUT OF TIME

Pursuant to Rules 27 and 29(e) of the Federal Rules of Appellate Procedure and Sixth Circuit Rule 27, the United States respectfully requests leave to file out of time the accompanying amicus curiae brief supporting reversal of the district court's order. The reasons for this motion are as follows.

1. The proof brief for appellant Alton T. Terry, was filed on July 7, 2008. Under Rule 29(e) of the Federal Rules of Appellate Procedure, an amicus proof brief supporting appellant was due on July 16, 2008. Appellee's proof brief is currently due on August 25, 2008.

2. Ordinarily, the United States does not require leave of court to file an amicus brief. Fed. R. App. P. 29(a). Leave is necessary here because the government's brief is not timely under Rule 29(a). The Solicitor General must

authorize the filing of an <u>amicus</u> brief on behalf of the United States in an appellate court. <u>See</u> 28 C.F.R. 0.20(c). That decisionmaking process required consultation with the United States Department of Agriculture and affected components of the Justice Department and took longer than expected.

3. This interlocutory appeal involves the interpretation of a statute administered by the United States Department of Agriculture. We believe that the views of the federal government on this issue would be of assistance to the Court.

4. Undersigned counsel has contacted counsel for all parties to this action. Counsel for appellant, Russell D. Hedges, stated that his client joins in seeking the relief requested in this motion. Counsel for appellees, Travis R. McDonough, has not yet provided his client's position with respect to this motion.

## CONCLUSION

For the foregoing reasons, the Court should grant leave to the United States to file the accompanying amicus curiae brief out of time.

Respectfully submitted,

MICHAEL S. RAAB
(202) 514-4053


JONATHAN H. LEVY
(202) 353-0169
Attorneys, Appellate Staff
Civil Division, Room 7231
Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August 2008, I filed and served the foregoing Motion of the United States for Leave to File <u>Amicus Curiae</u> Brief Out of Time by causing the original and four copies (plus additional copies of the attached brief) to be sent to this Court by Federal Express overnight, and by causing one copy to be served upon the following counsel by Federal Express overnight:

Cynthia N. Johnson
Johnson Law Firm
313 Wolfe Street
Cohutta, GA 30710

Russell D. Hedges
Moore & Hedges
105 North Atlantic Street
Tullahoma, TN 37388

Travis R. McDonough
Roger W. Dickson
Zachary H. Greene
Miller & Martin
832 Georgia Avenue
Suite 1000 Volunteer Building
Chattanooga, TN 37402

_____
Jonathan H. Levy
Counsel for Amicus United States